UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTOPHER O'ROURKE,

        Plaintiff,                                CASE NO.: 1:19-cv-2109

v.

ALEYIN LLC. and TABOR BROTHERS LLC,

        Defendants.
-------------------------------------------------------------------X

### STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant action with prejudice and retain jurisdiction to enforce the terms of their settlement agreement.

Dated: New York, New York
        June 14, 2019

FOR THE PLAINTIFF

By: *Peter Sverd*

Peter Sverd, Esq.(PS0406)
Law Offices of Peter Sverd, PLLC
225 Broadway, Ste 613
New York, NY 10007
ph. (646) 751-8743

FOR THE DEFENDANTS

By: *Jeannie L. Bergsten*

Jeannie L. Bergsten
Law Offices of Jeannie L. Bergsten
666 Old Country Road, Ste. 200
Garden City, New York 11530
516-551-9577
516-334-1188 fax
JeannieB@JLBAttorney.com