UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER O'ROURKE,

        Plaintiff,

v.

ALEYIN LLC. and TABOR BROTHERS LLC,

        Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 2 4 2019 ★

BROOKLYN OFFICE

CASE NO.: 1:19-cv-2109

### STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant action with prejudice.

Dated: New York, New York
      June 14, 2019

FOR THE PLAINTIFF

By: *Peter Sverd*
Peter Sverd, Esq.(PS0406)
Law Offices of Peter Sverd, PLLC
225 Broadway, Ste 613
New York, NY 10007
ph. (646) 751-8743

FOR THE DEFENDANTS

By: *Jeannie L. Bergsten*
Jeannie L. Bergsten
Law Offices of Jeannie L. Bergsten
666 Old Country Road, Ste. 200
Garden City, New York 11530
516-551-9577
516-334-1188 fax
JeannieB@JLBAttorney.com

So ordered. /s/(ARR), USDJ